## Commonwealth *v.* White, Appellant.

Submitted March 15, 1971. *David Zwanetz*, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wilson, Appellant.

Argued March 18, 1971. *Leo H. Eschbach*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *William T. Nicholas*, Executive Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.